**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1382**

NELSON S. CHASE, Esq.,

       Plaintiff - Appellee,

    v.

BRIAN KNIGHT, jointly and severally,

       Defendant - Appellant,

    and

LOP CAPITAL LLC, jointly and severally; STRATEGIC LENDING SOLUTIONS LLC, jointly and severally; MICHAEL LOPRIENO, jointly and severally,

       Defendants.

**No. 17-1395**

NELSON S. CHASE, Esq.,

       Plaintiff - Appellant,

    v.

BRIAN KNIGHT, jointly and severally; LOP CAPITAL LLC, jointly and severally; STRATEGIC LENDING SOLUTIONS LLC, jointly and severally; MICHAEL LOPRIENO, jointly and severally,

       Defendants - Appellees.

NELSON S. CHASE, Esq.,

        Plaintiff - Appellant,

      v.

BRIAN KNIGHT, jointly and severally; LOP CAPITAL LLC, jointly and severally; MICHAEL LOPRIENO, jointly and severally; STRATEGIC LENDING SOLUTIONS LLC, jointly and severally,

        Defendants - Appellees.

Appeals from the United States District Court for the District of South Carolina, at Charleston. Bruce H. Hendricks, District Judge. (2:13-cv-00162-BHH)

Submitted: February 28, 2018                         Decided: May 9, 2018

Before WILKINSON, TRAXLER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nelson S. Chase, Appellant/Appellee Pro Se. Brian Knight, Appellee/Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nelson Chase and Brian Knight separately appeal the district court's order accepting the recommendation of the magistrate judge in part and denying Chase's motion to compel settlement. Chase also appeals the district court's order denying his motions for relief from judgment under Fed. R. Civ. P. 60(b)(3). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chase v. LOP Capital LLC*, No. 2:13-cv-00162-BHH (D.S.C. Feb. 27, 2017; June 26, 2017). We grant Knight's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*